**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Christopher NEAL, Defendant– Appellant.**

No. 01–30379.

D.C. No. CR–01–00131–BJR.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 5, 2002.

Before GOODWIN, TROTT and GRABER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Neal's request for oral argument is denied.

MEMORANDUM **

Christopher Neal appeals his $3,000 fine imposed following a guilty plea conviction to one count of attempted bank fraud, in violation of 18 U.S.C. § 1344. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.

Neal contends that the district court erroneously determined that he had the ability to pay a fine because he refused to release prior tax returns to the probation officer preparing the pre-sentence report. We disagree. The record reflects that Neal did not meet his burden of demonstrating an inability to pay the fine. *See* 18 U.S.C. § 3572; U.S.S.G. § 5E1.2; *United States v. Robinson*, 20 F.3d 1030, 1032–33 (9th Cir.1994) (placing burden on defendant to prove inability to pay by a preponderance of the evidence).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.